| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Winterbotham Parham Teeple, a PC<br>Sundee M. Teeple, SBN 161524<br>101 E. Lincoln Avenue, Ste. 107<br>Anaheim, CA 92805<br>Telephone: (714) 543-7717<br>Facsimile: (714) 836-5030<br>Email: jeffsw@4bankruptcy.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Alphonso Rowe Ferguson<br><br>Ruby Lee Ferguson<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-21890 RK<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>MOTION TO REOPEN CHAPTER 7 CASE AND AUTHORITY TO FILE ON BEHALF OF DEBTORS BY AN ADMINSTRATOR OF DEBTORS ESTATE; DECLARATION OF BRENDA MONTGOMERY IN SUPPORT THEREOF<br><br>*(Specify name of Motion)* |
| | DATE: 04/16/2019<br>TIME: 2:30 pm<br>COURTROOM: 1675<br>PLACE: 255 E. Temple Street<br>           Los Angeles, CA 90012 |

1.  TO *(specify name)*:  Hon. Judge Robert Kwan, Wesley Avery, Chapter 7 Trustee, and all other Interested Parties

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 2/27/19

Winterbotham Parham Teeple, a PC
Printed name of law firm

_____
Signature

Sundee M. Teeple
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9013-1.1.HEARING.NOTICE

WINTERBOTHAM PARHAM TEEPLE, A PC
Sundee M. Teeple, SBN 161524
12631 E. Imperial Hwy, Ste. F-224
Santa Fe Springs, CA 90670
Telephone: (562) 868-3634
Facsimile: (562) 868-5599
Email: jeffsw@4bankruptcy.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Alphonso Rowe Ferguson<br><br>Ruby Lee Ferguson<br><br><br><br><br><br>Debtors. | Case No.: 2:14-bk-21890 RK<br><br>Chapter 7<br><br>**MOTION TO REOPEN CHAPTER 7 CASE AND AUTHORITY TO FILE ON BEHALF OF DEBTORS BY AN ADMINSTRATOR OF DEBTORS ESTATE; DECLARATION OF BRENDA MONTGOMERY IN SUPPORT THEREOF**<br><br><u>Hearing Information</u><br>Date: 4/16/2019<br>Time: 2:30pm<br>Place: 255 E. Temple Street, Los Angeles<br>Crtrm: 1675 |

TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, WESLEY AVERY, CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT Alphonso Rowe Ferguson and Ruby Lee Ferguson (Debtors), by and through Brenda Montgomery as administrator of their estate (Movant), moves the court for an order to reopen their Chapter 7 case and request authority to file on behalf of Debtors as an administrator of their estate. Said Motion is based on the Notice and Motion herein, the attached Memorandum of Points and Authorities, Declaration of Brenda Montgomery and such other evidence as may be presented at or before the hearing.

-1-

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### I.

### STATEMENT OF FACTS

1. Debtors filed a Chapter 7 Petition on June 19, 2014.

2. Debtors' case was closed on October 16, 2017.

3. A judgment was entered against the debtors on September 10, 2009 by First Resolution Investment Corp. In addition, an Abstract of Judgment was filed and recorded on November 19, 2009. A Motion to Avoid Lien was never filed while the case was open.

4. A second judgment was entered against the debtors on September 22, 2009 by First Resolution Investment Corp. In addition, an Abstract of Judgment was filed and recorded on December 15, 2009. A Motion to Avoid Lien was never filed while the case was open.

5. A judgment was entered against the debtors on February 9, 2011 by Citibank (South Dakota) N.A. In addition, an Abstract of Judgment was filed and recorded on March 25, 2011. A Motion to Avoid Lien was never filed while the case was open.

6. A judgment was entered against the debtors on January 25, 2013 by James Young. In addition, an Abstract of Judgment was filed and recorded on March 22, 2013. A Motion to Avoid Lien was never filed while the case was open.

7. On December 28, 2014 Debtor Alphonso Rowe Ferguson passed away (See attached "Exhibit A").

8. On May 9, 2016 Joint Debtor Ruby Lee Ferguson passed away (See attached "Exhibit B").

9. On July 20, 2018 Brenda Montgomery became administrator and trustee of The Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust in which the subject property is included (See attached "Exhibit C").

10. As the administrator and trustee of debtors' estate, Brenda Montgomery wishes to reopen the Chapter 7 case on behalf of the debtors for the purpose of avoiding the liens of First Resolution Investment Corp, Citibank (South Dakota) N.A. and James Young.

## II.

## LEGAL DISCUSSION

The issue before this Court is whether a case may be reopened after the death of the debtors by an administrator of Debtors' estate with the purpose of avoiding liens that the debtors were entitled to avoid at the time of filing. Pursuant to U.S.C. §350(b), a case may be reopened for the purpose of avoiding liens. F.R.B.P. 1016 also dictates that a case shall continue regardless of Debtors' deaths and current case law allows an administrator or executor of Debtors' estate to file said motions on deceased Debtors' behalf.

### A. UNDER U.S.C. §350(b) THE MOVANT IS ENTITLED TO REOPEN THE CASE WITH THE PURPOSE OF AVOIDING LIENS

At the time of filing, Debtors were entitled to file Motions to Avoid Judicial Liens under 522(f) as the judicial liens recorded on the subject property impaired an exemption. However, the Debtors did not file said motions while the bankruptcy case was open. The Movant is entitled to reopen a closed bankruptcy case in accordance with U.S.C. §350(b).

U.S.C. §350(b) provides in the pertinent part:
> …A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause…

A Motion to Reopen shall be allowed as the court deems fit regardless of who is filing the motion. In In Re Walters, 113 B.R. 602 (Bankr. D.S.D. 1990), the court considered a Chapter 11 case where a motion to reopen was filed on behalf of the deceased debtor for the purpose of avoiding tax liens. In this case, the Walters court held:

## C. **MOVANT MAY FILE THE MOTION TO REOPEN AND MOTIONS TO AVOID LIENS ON BEHALF OF DEBTORS AS AN ADMINISTRATOR OF THEIR ESTATE**

In the instant case, the Movant is Brenda Montgomery, daughter and administrator of Debtors' estate. As administrator of Debtors' estate, Movant has the right to reopen and pursue Motions to Avoid Liens on behalf of deceased Debtors so the case may be administered "as though the death or incompetency had not occurred".

In In re Mobley, (Bankr. C.D. Ill. Mar. 1, 2004), the court considered the right an executor of a deceased debtor's estate to reopen a Chapter 7 case and avoid a judicial lien under 522(f). In this case, the Mobley court held in the pertinent part:

> That the Debtor's homestead exemption must be determined as of the date of the original filing under Chapter 7, and, as a result, the Debtor's subsequent death is not controlling.... This proposition is further supported by Rule 1016 of the Federal Rules of Bankruptcy Procedure, which states, in pertinent part, in that death or incompetency of the debtor shall not abate a liquidation case under Chapter 7 of the Code, and that, in such event, the estate shall be administered and the case concluded in the same manner, so far as possible, as though the death or incompetency had not occurred.... Having determined that the Debtor's Chapter 7 bankruptcy proceeding has been properly reopened and that [Movant] has standing to pursue a motion to avoid lien.

Likewise, In Re Walters enabled the Chapter 11 case of a deceased debtor to be reopened for the purpose of avoiding tax liens. The Walters court ruled that a representative of debtor's estate could, in fact, reopen a case and pursue the lien avoidance and stated, in the pertinent part:

> Nothing in the Bankruptcy Code expressly requires a debtor reopening a case to once again qualify as a debtor. [The] case may be reopened, despite the death of the debtor, for the limited purpose of hearing an adversary action to avoid liens.

As the administrator of Debtors' estate, the Movant is able to file on behalf of deceased Debtors to reopen their bankruptcy case with the intent of avoiding judicial liens in accordance with both 11 U.S.C. § 350(b) and F.R.B.P. Rule 1016.

## III.
## CONCLUSION

Based on the foregoing, Debtors respectfully request this Court to:

1. Enter an Order Reopening Debtors' Chapter 7 bankruptcy;

2. For authority for the Movant to pursue motion to avoid liens on deceased Debtors' behalves; and,

3. For such other and further relief as the court deems just, proper and equitable.

Date: 2/19/19

Respectfully submitted by
Winterbotham Parham Teeple, a PC

Sundee M. Teeple
Attorney for Movant

## DECLARATION OF BRENDA MONTGOMERY

I, Brenda Montgomery, declare as follows:

1. I am over the age of eighteen. The matters set forth herein are my own personal knowledge and, if called and sworn as witness herein, I could and would so testify.
2. I am the daughter of Debtors Alphonso Rowe Ferguson and Ruby Lee Ferguson.
3. On December 28, 2014 my father, Alphonso Rowe Ferguson, passed away.
4. On May 9, 2016 my mother, Ruby Lee Ferguson, passed away.
5. On July 20, 2018 I became administrator and trustee of The Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust in which the subject property is included.
6. At that time, I became aware of the judicial liens of First Resolution Investment Corp, Citibank (South Dakota) N.A. and James Young that were filed against the subject property.
7. My parents' bankruptcy was closed on October 16, 2017.
8. As administrator of their estate, I wish to reopen my deceased parents' Chapter 7 case for the purpose of avoiding the liens of First Resolution Investment Corp, Citibank (South Dakota) N.A. and James Young.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

DATED: 1-22-19

BRENDA MONTGOMERY

# COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH

## CERTIFICATE OF DEATH
### STATE OF CALIFORNIA

STATE FILE NUMBER: 3052014243840
LOCAL REGISTRATION NUMBER: 3201419054320

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT—FIRST (Given): ALPHONSO
2. MIDDLE: ROWE
3. LAST (Family): FERGUSON
4. DATE OF BIRTH: 03/31/1925
5. AGE Yrs: 89
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: TX
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES: X YES
12. MARITAL STATUS: MARRIED
7. DATE OF DEATH: 12/28/2014
8. HOUR (24 Hours): 1600
13. EDUCATION: HS GRADUATE
14/15. HISPANIC: X NO
16. DECEDENT'S RACE: BLACK
17. USUAL OCCUPATION: MAIL SUPERVISOR
18. KIND OF BUSINESS OR INDUSTRY: UNIVERSITY
19. YEARS IN OCCUPATION: 30

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 1410 WEST 101ST STREET
21. CITY: LOS ANGELES
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 90047
24. YEARS IN COUNTY: 54
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: BRENDA MONTGOMERY, POA
27. INFORMANT'S MAILING ADDRESS: 3671 PLATT COURT SOUTH, PLEASANTON, CA 94588

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: RUBY
29. MIDDLE: LEE
30. LAST (BIRTH NAME): PAIRE
31. NAME OF FATHER/PARENT—FIRST: WEBSTER
33. LAST: FERGUSON
34. BIRTH STATE: TX
35. NAME OF MOTHER/PARENT—FIRST: MINNIE
37. LAST (BIRTH NAME): UNKNOWN
38. BIRTH STATE: TX

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE: 01/08/2015
40. PLACE OF FINAL DISPOSITION: INGLEWOOD PARK CEMETERY, 720 EAST FLORENCE AVENUE, INGLEWOOD, CA 90301
41. TYPE OF DISPOSITION(S): BU
42. SIGNATURE OF EMBALMER: ORLYN RILEY
43. LICENSE NUMBER: EMB9202
44. NAME OF FUNERAL ESTABLISHMENT: INGLEWOOD CEMETERY MORTUARY
45. LICENSE NUMBER: FD1101
46. SIGNATURE OF LOCAL REGISTRAR: JEFFREY GUNZENHAUSER, MD
47. DATE: 01/07/2015

**PLACE OF DEATH**

101. PLACE OF DEATH: PROMISE HOSP OF EAST LOS ANGELES
102. IF HOSPITAL SPECIFY ONE: X IP
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 16453 COLORADO AVENUE
106. CITY: PARAMOUNT

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: CARDIORESPIRATORY FAILURE — MINS
(B) UROSEPSIS — DYS
(C) END STAGE RENAL DISEASE — YRS
108. DEATH REFERRED TO CORONER: NO
109. BIOPSY PERFORMED: NO
110. AUTOPSY PERFORMED: NO
111. USED IN DETERMINING CAUSE: NO

112. OTHER SIGNIFICANT CONDITIONS: CARDIOPULMONARY ARREST
113. WAS OPERATION PERFORMED: NO

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED
115. SIGNATURE AND TITLE OF CERTIFIER: SHRIKANT TAMHANE D.O.
116. LICENSE NUMBER: 20A7213
117. DATE: 01/06/2015
(A) Decedent Attended Since: 11/19/2014
(B) Decedent Last Seen Alive: 12/28/2014
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: SHRIKANT TAMHANE D.O., 23517 SOUTH MAIN STREET STE 103, CARSON, CA 90745

*010001002825360*

---

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



DATE ISSUED: JAN 14 2015

Director of Public Health and Registrar

Exhibit A

*00450438*

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052016096903
LOCAL REGISTRATION NUMBER: 3201619021956

### DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST | RUBY |
| 2. MIDDLE | LEE |
| 3. LAST (Family) | FERGUSON |
| AKA, ALSO KNOWN AS | RUBY LEE MONTGOMERY |
| 4. DATE OF BIRTH | 06/29/1928 |
| 5. AGE Yrs. | 87 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | TX |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | WIDOWED |
| 7. DATE OF DEATH | 05/09/2016 |
| 8. HOUR (24 Hours) | 2234 |
| 13. EDUCATION | HS GRADUATE |
| 15. DECEDENT'S RACE | AFRICAN AMERICAN |
| 17. USUAL OCCUPATION | LAB ASSISTANT |
| 18. KIND OF BUSINESS OR INDUSTRY | HEALTHCARE |
| 19. YEARS IN OCCUPATION | 45 |

### USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 1410 WEST 101ST STREET |
| 21. CITY | LOS ANGELES |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90047 |
| 24. YEARS IN COUNTY | 56 |
| 25. STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | BRENDA MONTGOMERY, DAUGHTER |
| 27. INFORMANT'S MAILING ADDRESS | 3671 PLATT COURT SOUTH, PLEASANTON, CA 94588 |

### SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 31. NAME OF FATHER/PARENT—FIRST | COLLIE |
| 33. LAST | PAIRE |
| 34. BIRTH STATE | TX |
| 35. NAME OF MOTHER/PARENT—FIRST | GEOGIA |
| 36. MIDDLE | MAE |
| 37. LAST (BIRTH NAME) | CONNOR |
| 38. BIRTH STATE | TX |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 05/23/2016 |
| 40. PLACE OF FINAL DISPOSITION | INGLEWOOD PARK CEMETERY, 720 EAST FLORENCE AVENUE, INGLEWOOD, CA 90301 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 42. SIGNATURE OF EMBALMER | ORLYN RILEY |
| 43. LICENSE NUMBER | EMB9202 |
| 44. NAME OF FUNERAL ESTABLISHMENT | INGLEWOOD CEMETERY MORTUARY |
| 45. LICENSE NUMBER | FD1101 |
| 46. SIGNATURE OF LOCAL REGISTRAR | JEFFREY GUNZENHAUSER, MD |
| 47. DATE | 05/13/2016 |

### PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | BLESSED TOUCH HOMECARE |
| 102. IF HOSPITAL | — |
| 103. IF OTHER THAN HOSPITAL | Other |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS OR LOCATION | 1730 WEST 1ST STREET |
| 106. CITY | SAN PEDRO |

### CAUSE OF DEATH

| 107. CAUSE OF DEATH | Interval between onset and death |
|---|---|
| (a) CARDIOPULMONARY ARREST | MINS |
| (b) CARDIAC ARRHYTHMIA | MINS |
| (c) ATHEROSCLEROSIS | YRS |
| (d) | |

108. DEATH REPORTED TO CORONER? NO
109. BIOPSY PERFORMED? NO
110. AUTOPSY PERFORMED? NO
111. USED IN DETERMINING CAUSE? —

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: SENILE DEMENTIA

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? NO
113A. IF FEMALE, PREGNANT IN LAST YEAR? NO

### PHYSICIAN'S CERTIFICATION

| Field | Value |
|---|---|
| 114. I CERTIFY... | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | CURTIS GRANT LEE M.D. |
| 116. LICENSE NUMBER | G50548 |
| 117. DATE | 05/11/2016 |
| Decedent Attended Since | 08/25/2014 |
| Decedent Last Seen Alive | 05/06/2016 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | CURTIS GRANT LEE M.D., 20911 EARL STREET # 250, TORRANCE, CA 90503 |

### CORONER'S USE ONLY

119. MANNER OF DEATH: [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined
120. INJURED AT WORK? [ ] YES [ ] NO [ ] UNK
121. INJURY DATE: 
122. HOUR:
123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:
126. SIGNATURE OF CORONER / DEPUTY CORONER:
127. DATE:
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:

STATE REGISTRAR: A B C D E
*010091003244139*

CALOSANGO1

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



Health Officer and Registrar    VE

DATE ISSUED: MAY 23 2016

00094039

Exhibit B



This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

Attorney for Petitioner, Brenda Montgomery

ENDORSED
FILED
ALAMEDA COUNTY

JUL 20 2018

CLERK OF THE SUPERIOR COURT
By JOSEPH CRI(?)
        Deputy

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

In the Matter of:

THE ALPHONSO FERGUSON AND RUBY LEE FERGUSON REVOCABLE LIVING TRUST DATED MARCH 3, 2000

Case No.: **RP18890156**

[~~PROPOSED~~] ORDER DETERMINING OWNERSHIP OF PROPERTY AND FOR ORDER DIRECTING TRANSFER OF PROPERTY TO TRUST

[Probate Code §§ 850, 17200.1]

Date: 7-20-18
Time: 10:05 am
Department: 202

The verified petition of BRENDA MONTGOMERY, Trustee and beneficiary of the 1996 REVOCABLE LIVING TRUST OF BETTY J. COLEMAN, to determine ownership of property and to direct transfer of property to trust came on regularly for hearing on July 24, 2017. On proof made to the Court's satisfaction, the Court finds that notice has been given as required by law and that the allegations in the petition are true.

1

Exhibit C

IT IS ORDERED AND ADJUDGED:

1. THE ALPHONSO FERGUSON AND RUBY LEE FERGUSON REVOCABLE LIVING TRUST DATED MARCH 3, 2000 existed at the times of both the Settlor's and Surviving Settlor's deaths;

2. The following described subject property located at 1410 West 101st Street, Los Angeles, CA 90047 shall be transferred to and owned by BRENDA MONTGOMERY, Trustee of the THE ALPHONSO FERGUSON AND RUBY LEE FERGUSON REVOCABLE LIVING TRUST DATED MARCH 3, 2000:

> Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:
>
> LOT 22 OF TRACT 3002 OF MAPS, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 31 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> APN: 6059-026-002
>
> Commonly known as: 1410 West 101st Street, Los Angeles, CA 90047

3. The matter is continued to October 19, 2018 at 10:05am in Department 202 for Status re distribution. If the two missing beneficiaries are not found before then, petitioner shall make the appropriate request to deposit funds supported by authority.

Dated:

_____
Judge of the Superior Court

**JUDGE DELBERT C. GEE**

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
101 E. Lincoln Avenue, Ste. 107, Anaheim, CA 92805

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Motion to Reopen Chapter 7 Case and Authority to File on Behalf of Debtors by an Administrator of Debtors' Estate; Declaration of Brenda Montgomery in Support Thereof

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/27/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Wesley H Avery (TR)    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com; alexandria@averytrustee.com
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/27/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Judge Robert Kwan
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2/27/19    Jessica Ann Sanders
Date    Printed Name    Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Label Matrix for local noticing
0973-2
Case 2:14-bk-21890-RK
Central District of California
Los Angeles
Wed Feb 27 14:34:50 PST 2019

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Bank Of America
Attention: Recovery Department
4161 Piedmont Pkwy.
Greensboro NC 27410-8175

CACH, LLC/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St. 2nd Floor
Denver CO 80237-3485

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Chase
Po Box 24696
Columbus OH 43224-0696

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank, N.A.
701 East 60th Street North
Sioux Falls SD 57104-0493

Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182686
Columbus OH 43218-2686

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

First Premier Bank
P.O. Box 5519
Sioux Falls SD 57117-5519

Gecrb/Care Credit
C/o Po Box 965036
Orlando FL 32896-0001

Gecrb/JC Penney
Attention: Bankruptcy
Po Box 103104
Roswell GA 30076-9104

Gecrb/QVC
Po Box 965018
Orlando FL 32896-5018

Hunt & Henriques
151 Bernal Road, Suite 8
San Jose CA 95119-1491

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

JH Portfolio Debt Equities LLC
c/o JD Receivables LLC
P.O. Box 382656
Germantown, TN 38183-2656

Los Angeles County Sheriff's Dept.
One Regent Street, #122
Inglewood CA 90301-1261

Midland Funding, LLC
Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego CA 92123-2255

NCEP, LLC
3715 Davinci Ct Ste 200
Norcross GA 30092-2749

Nestle Waters North America, Inc.
900 Long Ridge Road, Building #2
Stamford CT 06902-1140

SYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Sears/Citibank, N.A.
Po Box 6189
Sioux Falls SD 57117-6189

Superior Court of California
County of Los Angeles
12720 Norwalk Blvd.
Norwalk CA 90650-3195

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank NA
PO Box 10438
Des Moines IA 50306-0438

Wells Fargo Financial Bank
Attention: Bankruptcy
Po Box 10438
Des Moines IA 50306-0438

Alphonso Rowe Ferguson
1410 W. 101st Street
Los Angeles, CA 90047-3950

Michelle A Mathison
12631 East Imperial Highway, Suite D-224
Santa Fe Springs, CA 90670-6774

Alphonso Rowe Ferguson
1410 W. 101st Street
Los Angeles, CA 90047-3950

Wesley H Avery (TR)
258 E. Colorado Blvd., Suite 210
Pasadena, CA 91101-5407

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Caine & Weiner
Po Box 5010
Woodland Hills CA 91365

Citibank (South Dakota), N.A.
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City MO 64195

(d)Exxon Mobil Citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City MO 64195

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34