WINTERBOTHAM PARHAM TEEPLE, A PC
Sundee M. Teeple, SBN 161524
12631 E. Imperial Hwy, Ste. F-224
Santa Fe Springs, CA 90670
Telephone: (562) 868-3634
Facsimile: (562) 868-5599
Email: jeffsw@4bankruptcy.com

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Alphonso Rowe Ferguson<br><br>Ruby Lee Ferguson<br><br><br>Debtors. | Case No.: 2:14-bk-21890 RK<br><br>Chapter 7<br><br>**SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO REOPEN CHAPTER 7 CASE AND AUTHORITY TO FILE ON BEHALF OF DEBTORS BY AN ADMINSTRATOR OF DEBTORS ESTATE; DECLARATION IN SUPPORT THEREOF**<br><br>**Hearing Information**<br>**Date: 5/7/2019**<br>**Time: 2:30PM**<br>**Place: 255 E. Temple Street, Los Angeles, CA 90012**<br>**Crtrm: 1675** |

TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, WESLEY AVERY, CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

MOVANT Brenda Montgomery (Movant), by and through Debtors' attorney of record Winterbotham Parham Teeple, hereby provides the following supplemental evidence in support of Motion to Reopen Chapter 7 Case and Authority to File on Behalf of Debtors by an Administrator of Debtors' Estate:

-1-

## STATEMENT OF FACTS

1. Debtors filed a Chapter 7 Petition on June 19, 2014.

2. Debtors' case was closed on October 16, 2017.

3. On March 3, 2000 Debtors recorded a The Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust (Trust).

4. Brenda Montgomery was listed as successor trustee in the event of Debtors deaths or incapacity as shown on page three of the Trust (See attached Exhibit "A").

5. On December 28, 2014 Debtor Alphonso Rowe Ferguson passed away.

6. On May 9, 2016 Joint Debtor Ruby Lee Ferguson passed away.

7. At the time of the Joint Debtor's death, the Trust became irrevocable.

8. Brenda Montgomery accepted her nomination to serve as trustee as shown by the attached Acceptance of Trusteeship. (See attached Exhibit "B")

9. As of May 10, 2016, Brenda Montgomery began to actively perform the duties as trustee of the Trust.

10. On February 27, 2019 Movant filed a Motion to Reopen Chapter 7 Case and Authority to File on Behalf of Debtors by an Administrator of Debtors' Estate (filed a Docket No. 48).

//

//

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### A TRUSTEE VACANCY WILL BE FILLED PURSUANT TO THE TRUST, WITHOUT A COURT ORDER

Pursuant to California Probate code 15660(b), a trustee will be appointed pursuant to the trust instrument.

California Probate Code 15660(b) provides in the pertinent part:

> ... (b) If the trust instrument provides a practical method of appointing a trustee or names the person to fill the vacancy, the vacancy shall be filled as provided in the trust instrument...

The recorded Trust lists Brenda Montgomery as successor trustee in the event of Debtors' deaths or incapacity (See Exhibit A, attached hereto and incorporated herein as if fully set forth at this point). As such, Brenda Montgomery became trustee of the Trust upon Debtors' deaths. Furthermore, a court order to appoint a trustee is only required if a successor trustee is not listed in the recorded Trust or if the successor trustee is unable or unwilling to serve:

> California Probate Code 15212(d) provides in the pertinent part:
> ...d) If a trustee is not designated or no designated or successor trustee is willing or able to serve, a court shall name a trustee....

In the instant case, a court order is not required as The Trust lists Brenda Montgomery as successor trustee, who has willingly accepted that role. The Trust itself serves as the controlling document to appoint a trustee so long as the "successor trustee is willing or able to serve".

//

II.

## A PERSON NAMED SUCCESSOR TRUSTEE MAY ACCEPT THE ROLE OF TRUSTEE THROUGH ACTION OR A WRITTEN STATMENT

The Trust lists Brenda Montgomery as successor trustee in the event of Debtors' deaths or incapacity. Pursuant to California Probate Code 15600, Movant is able to accept the role of trustee via a written statement or by simply performing the duties required under the trust.

California Probate Code 15600 provides in the pertinent part:

> ...(a) The person named as trustee may accept the trust, or a modification of the trust, by one of the following methods:
> (1) Signing the trust instrument or the trust instrument as modified, or *signing a separate written acceptance.*
> (2) *Knowingly exercising powers or performing duties under the trust instrument or the trust instrument as modified....* (emphasis added)

In the instant case, Movant has met the conditions of 15600(1) and 15600(2) by both "exercising powers or performing duties" as trustee and by signing an Acceptance of Trusteeship (see attached Exhibit "B" and Declaration of Brenda Montgomery).

III.

## CONCLUSION

Based on the original filed Motion, supplemental evidence and declaration in support herein, Movant respectfully request this Court to grant the Motion to Reopen Chapter 7 Case and Authority to File on Behalf of Debtors by an Administrator of Debtors' Estate.

Date: 4/26/19

Respectfully submitted by
Winterbotham Parham Teeple, a PC

Sundee M. Teeple
Attorney for Movant

## DECLARATION OF BRENDA MONTGOMERY

I, Brenda Montgomery, declare as follows:

1. I am over the age of eighteen. The matters set forth herein are my own personal knowledge and, if called and sworn as witness herein, I could and would so testify.

2. The Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust (Trust) was recorded on March 3, 2000 (See attached Exhibit "A").

3. At the time of recording my parents, Alphonso Rowe Ferguson and Ruby Lee Ferguson were both grantors and trustee of the Trust until their deaths or incapacity, at which point I was named as successor trustee.

4. On December 28, 2014 Alphonso Rowe Ferguson, passed away.

5. On May 9, 2016 Ruby Lee Ferguson, passed away.

6. Upon my parents' deaths, the Trust became irrevocable and, as successor trustee, I accepted the nomination to serve as trustee.

7. From the time of their deaths, I began actively preforming the duties and exercising the powers of the trustee on behalf of the Trust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

DATED: 4/26/19

_____
BRENDA MONTGOMERY

-5-

RECORDING REQUEST BY

**00 0426416**

WHEN RECORDED MAIL TO
NAME: Alphonso Ferguson
Ruby Lee Ferguson
MAILING ADDRESS: 1410 W. 101st Street
CITY, STATE ZIP CODE: Los Angeles, CA 90047

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

The Alphonso Ferguson, Ruby Lee Ferguson

Revocable Living Trust

Exhibit A

R428 6/94

00 0426416

# THE ALPHONSO FERGUSON AND RUBY LEE FERGUSON
# REVOCABLE LIVING TRUST
# DECLARATION OF TRUST

I. TRUST NAME

This trust shall be known as The Alphonso Ferguson and Ruby Lee Ferguson Living Trust

II. TRUST PROPERTY

(A) Property Placed in Trust

Alphonso Ferguson and Ruby Lee Ferguson, called the "grantors" or "trustees," declare that they have set aside

And holds in The Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust all their interests in the Property described in the Attached Scedule A of the Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust

The trust property shall be used for the benefit of the trust beneficiaries, and shall be administered and distributed by the trustees in accordance with this Declaration of Trust.

(B) Rights Retained by Grantors

As long as grantors are alive, grantors retain all rights to all income, profits and control of the trust property listed in schedule A of the Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust.

(C) Additional or After-Acquired property to the trust at any time, and shall describe such property on the appropriate schedule.

00 0426416

III. RESERVED POWERS OF GRANTORS

(A) Amendment or Revocation

The grantors reserve the power to amend or revoke at any time during his lifetime, without notifying any beneficiary

(B) Rights to Trust Property

Until the death of the grantors, all rights to all income, profits and control of the trust property shall be retained by the grantors

(C) Homestead Rights

If the Grantors" principal residence is transferred to the trust, Grantors have the right to possess and occupy it for life, rent-free and without charge, except for taxes, insurance, maintenance and related costs and expenses. The right is intended to give Grantors a beneficial interest in the property and to ensure that Grantors do not lose eligibility for state homestead tax exemtion for which Grantors otherwise qualifies.

(D) Incapacity of Grantors

If at any time, as certified in writing by a licensed physician, the grantors have become physically or mentally incapacitated, the successor trustee shall manage this trust. The successor trustee shall pay trust income at least annually to, or for the benefit of, the grantors and may also spend any amount of trust principal necessary in the trustee's discretion for the proper health care, support, maintenance,

-2-

00 0426416

comfort or welfare of the grantors, in accordance with their accustomed manner of living, until the grantors, as certified by a licensed physician, is again able to manage their own affairs, or until the grantors' death.

(E) Grantors' Death

After the death of the grantors, this trust becomes irrevocable. It may not be altered or amended in any respect, and may not be terminated except through distributions permitted by this Declaration of Trust.

IV. TRUSTEES

(A) Original Trustee

The trustee of The Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust created under this Declaration of Trust shall be Alphonso Ferguson and Ruby Lee Ferguson.

Upon the death of the trustees, or their incapacity as certified in writing by a licensed physician, the successor trustee shall be Brenda Sue Montgomery. If Brenda Sue Montgomery is unable to serve or to continue serving as successor trustee, the next successors trustee shall be Millie Montgomery Grissom. Any successor trustees has full and independent authority to act for and represent the trust.

-3-

00 0426416

(C) Terminolgy

In this Declaration of Trust, the term "trustee" includes any successor trustee or successor trustees.

(D) Bond Waived

No bond shall be required of any trustee.

(E) Compensation

No trustee shall receive any compensation for serving as trustee.

(F) Liability of Trustee

With respect to the exercise or non-exercise of discretionary powers granted by this Declaration of Trust, the trustee shall not be liable for actions taken in good faith.

V. BENEFICIARIES

Upon the death of the grantors, the property listed on schedule A shall be distributed to the Grantors' children named below.

1. Brenda Sue Montgomery
2. Millie Montgomery Grissom
3. Samuel Montgomery
4. Wilford Clay Montgomery
5. Randy Jay Ferguson
6. Danny Oneil Ferguson

-4-

00 0426416

## CERTIFICATION BY GRANTORS

We certify that we have read this Declaration of Trust and that it correctly states the terms and conditions, under which the property is to be held, managed and disposed of by the trustee and we approve the Declaration of Trust.

DATED: 3/3/2000          _____
                         GRANTOR, Alphonso Ferguson

DATED: 3/3/2000          _____
                         GRANTOR, Ruby Lee Ferguson

STATE OF CALIFORNIA,
COUNTY OF Los Angeles
ON March 3, 2000
Before me, the undersigned, a Notary Public in and for said State, personally appeared Alphonso Ferguson AND Ruby Lee Ferguson, known to me to be the person_s whose name_s are subscribed to the within instrument and acknowledged to me that they executed the same.
WITNESS my hand and official seal.
_____
Notary Public in and for said State



ROOSEVELT CARTER
COMM. #1117953
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Nov. 27, 2000

-5-

00 0426416

## SCHEDULE A

1410 West 101st STreet, Los Angeles, CA 90047

```
THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com
```

Attorney for Petitioner, Brenda Montgomery

ENDORSED FILED
ALAMEDA COUNTY
JUL 2 0 2018
CLERK OF THE SUPERIOR COURT
By JOSEPH CRI??
                    Deputy

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

In the Matter of:

THE ALPHONSO FERGUSON AND RUBY LEE FERGUSON REVOCABLE LIVING TRUST DATED MARCH 3, 2000

Case No.: RP18890156

[PROPOSED] ORDER DETERMINING OWNERSHIP OF PROPERTY AND FOR ORDER DIRECTING TRANSFER OF PROPERTY TO TRUST

[Probate Code §§ 850, 17200.1]

Date: 7-20-18
Time: 10:05 am
Department: 202

The verified petition of BRENDA MONTGOMERY, Trustee and beneficiary of the 1996 REVOCABLE LIVING TRUST OF BETTY J. COLEMAN, to determine ownership of property and to direct transfer of property to trust came on regularly for hearing on July 24, 2017. On proof made to the Court's satisfaction, the Court finds that notice has been given as required by law and that the allegations in the petition are true.

1

IT IS ORDERED AND ADJUDGED:

1. THE ALPHONSO FERGUSON AND RUBY LEE FERGUSON REVOCABLE LIVING TRUST DATED MARCH 3, 2000 existed at the times of both the Settlor's and Surviving Settlor's deaths;

2. The following described subject property located at 1410 West 101st Street, Los Angeles, CA 90047 shall be transferred to and owned by BRENDA MONTGOMERY, Trustee of the THE ALPHONSO FERGUSON AND RUBY LEE FERGUSON REVOCABLE LIVING TRUST DATED MARCH 3, 2000:

> Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:
>
> LOT 22 OF TRACT 3002 OF MAPS, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 31 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> APN: 6059-026-002
>
> Commonly known as: 1410 West 101st Street, Los Angeles, CA 90047

3. The matter is Continued to October 19, 2018 at 10:05am in Department 202 for Status re distribution. If the two missing beneficiaries are not found before then, petitioner shall make the appropriate request to deposit funds supported by authority.

Dated: _____
Judge of the Superior Court

**JUDGE DELBERT C. GEE**

2

## ACCEPTANCE OF TRUSTEESHIP

I, the undersigned, do hereby acknowledge that I voluntarily and affirmatively ACCEPT the nomination to serve as Trustee of The Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust, dated March 3, 2000.

Nomination of Trusteeship has heretofore been made pursuant to section IV(A) of The Alphonso Ferguson and Ruby Lee Ferguson Revocable Living Trust, dated March 3, 2000, naming Brenda Sue Montgomery as Successor Trustee, to serve either upon the incapacities or deaths of the Grantors. The Grantors, Alphonso Ferguson and Ruby Lee Ferguson, passed away on December 28, 2014 and May 9, 2016, respectively.

IN WITNESS WHEREOF, the parties hereto have executed this agreement as of the day and year below written.

Effective: May 10, 2016

_____
Brenda Sue Montgomery, Trustee

Exhibit B

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
101 E Lincoln Avenue Ste. 107, Anaheim, CA 92805

A true and correct copy of the foregoing document entitled (*specify*): _____
Supplemental Evidence in Support of Motion to Reopen Chapter 7 Case and Authority to File on Behalf of Debtors by an
Administrator of Debtors Estate; Declaration in Support Thereof                                                                    .

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/29/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Wesley H Avery (TR)    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/29/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Hon. Judge Robert Kwan
255 E. Temple Street. Ste. 1682
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4/29/19        Jessica Ann Sanders            *(signature)*
Date            Printed Name                  Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:14-bk-21890-RK
Central District of California
Los Angeles
Mon Apr 29 10:48:15 PDT 2019

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

(p)OFFICE OF FINANCE  CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Bank Of America
Attention: Recovery Department
4161 Piedmont Pkwy.
Greensboro NC 27410-8175

BACH, LLC/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St. 2nd Floor
Denver CO 80237-3485

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Chase
Po Box 24696
Columbus OH 43224-0696

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank, N.A.
701 East 60th Street North
Sioux Falls SD 57104-0493

Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182686
Columbus OH 43218-2686

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

First Premier Bank
P.O. Box 5519
Sioux Falls SD 57117-5519

Gecrb/Care Credit
C/o Po Box 965036
Orlando FL 32896-0001

Gecrb/JC Penney
Attention: Bankruptcy
Po Box 103104
Roswell GA 30076-9104

Gecrb/QVC
Po Box 965018
Orlando FL 32896-5018

Hunt & Henriques
151 Bernal Road, Suite 8
San Jose CA 95119-1491

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

JH Portfolio Debt Equities LLC
c/o JD Receivables LLC
P.O. Box 382656
Germantown, TN 38183-2656

Los Angeles County Sheriff's Dept.
One Regent Street, #122
Inglewood CA 90301-1261

Midland Funding, LLC
Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego CA 92123-2255

NCEP, LLC
3715 Davinci Ct Ste 200
Norcross GA 30092-2749

Nestle Waters North America, Inc.
900 Long Ridge Road, Building #2
Stamford CT 06902-1140

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Sears/Citibank, N.A.
Po Box 6189
Sioux Falls SD 57117-6189

Superior Court of California
County of Los Angeles
12720 Norwalk Blvd.
Norwalk CA 90650-3195

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank NA
PO Box 10438
Des Moines IA  50306-0438

Wells Fargo Financial Bank
Attention: Bankruptcy
Po Box 10438
Des Moines IA 50306-0438

```
lphonso Rowe Ferguson              Michelle A Marchisotto           Kimby Lee Ferguson
410 W. 101st Street                12631 Imperial Highway, Suite F22 410 W. 101st Street
os Angeles, CA 90047-3950          Santa Fe Springs, CA 90670-6774   Los Angeles, CA 90047-3950


undee M Teeple                     Wesley H Avery (TR)
01 E. Lincoln Avenue, Ste. 107     758 E. Colorado Blvd., Suite 210
naheim, CA 92805-3203              Pasadena, CA 91101-5407
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
os Angeles City Clerk              Caine & Weiner                   Citibank (South Dakota), N.A.
.O. Box 53200                      Po Box 5010                      Attn: Centralized Bankruptcy
os Angeles, CA 90053-0200          Woodland Hills CA 91365          Po Box 20363
                                                                    Kansas City MO 64195


d)Exxon Mobil Citi
ttn.: Centralized Bankruptcy
o Box 20507
ansas City MO 64195
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
u)Courtesy NEF                     End of Label Matrix
                                   Mailable recipients    34
                                   Bypassed recipients     1
                                   Total                  35
```